# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEVIN WADE, JR.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 18-1259-JPG |
| ) | |
| **C/O GERMAINE, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

On June 29, 2018, Plaintiff was ordered to provide the Clerk of Court with a copy of his prison trust fund account statement (or institutional equivalent) along with a certification form completed by the Trust Fund Officer at the facility no later than August 13, 2018 (Doc. 5). Plaintiff was clearly warned that failure to comply by August 13, 2018, would result in dismissal of this case. *Id.* Document 5 was sent to Plaintiff at the address listed in his notice of change of address filed on June 25, 2018, 1114 Cleveland Ave., East St. Louis, IL 62201. To date, Plaintiff has not filed a properly completed certification form and trust fund statement. The Court cannot allow this matter to linger indefinitely. The deadline set in Document 5 remains in effect.

Plaintiff is hereby **ORDERED** to provide the Court a copy of his prison trust fund account statement (or institutional equivalent) along with a certification form completed by the Trust Fund Officer no later than 14 days (on or before **September 10, 2018**). Plaintiff is again **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order shall result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

        IT IS SO ORDERED.

        DATED: August 27, 2018

                                                           <u>s/J. Phil Gilbert</u>
                                                           United States District Judge